IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORSEY HENDERSON and DORRIS L. HENDERSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 11-00310-KD-B ) |
| CITY OF FAIRHOPE, | ) ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the joint stipulation of dismissal wherein the parties stipulate that the complaint and all claims of the plaintiffs, Dorsey and Dorris Henderson, as to the City of Fairhope, are dismissed with prejudice with the parties to bear their own costs (doc. 30). The stipulation is signed by all parties who appeared and remain in this action [1]

Upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear their own costs as stipulated.

**DONE** and **ORDERED** this 7th day of February, 2012.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Trent Scott has been dismissed from this action. (Doc. 28).